UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Source Bus. & Ind. Dev. Co., L.L.C. | Civil Action No. 6:03-CV-00521 |
| versus | Judge Tucker L. Melançon |
| M/V South Endeavor., et al. | Magistrate Judge Hill |

## JUDGMENT OF DISMISSAL

After inquiry, the Court has learned from counsel for numerous intervenor plaintiffs and/or other parties, William A. Ransom, that the above action has been settled and completed,

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

IT IS FURTHER ORDERED that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within fifteen (15) days of entry of this judgment.

Thus done and signed this 13th day of September, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE